THE MERCHANTS' NATIONAL BANK OF KANSAS CITY, MISSOURI, v. J. S. DANFORD.

JANUARY 27, 1882, the judge of the district court of Sumner county, at chambers, made an order dissolving an attachment in an action wherein the *Merchants' National Bank*, of Kansas City, Missouri, was plaintiff, and *Danford* and another were defendants, which ruling the plaintiff brings here.

*J. D. S. Cook*, and *Herrick, George & Graham*, for plaintiff in error.

*Sterry & Sedgwick*, for defendant in error.

*Per Curiam:* The questions in this case are precisely like those in *Quinlan, Montgomery & Co. v. Danford*, just decided, and therefore the order of the district judge must be affirmed.